EXHIBIT A

08-30-2016 Tue 21:50:07

Garage Entrance