

EXHIBIT K  08-30-2016 Tue 21:50:16  Garage Entrance