```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID KAHN,                                       :

                Plaintiff,                        :        ORDER

       -v.-                                       :
                                                           19 Civ. 2330 (JMF) (GWG)
RICHARD KULASZEWSKI,                              :

                Defendant.                        :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

  The settlement conference scheduled for April 7, 2020 at 10:00 a.m. is hereby changed to a telephonic settlement conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

  The submissions required by Docket # 34 remain due on April 1, 2020.

  SO ORDERED.

Dated: March 17, 2020
    New York, New York

                        _____/s/_____
                         GABRIEL W. GORENSTEIN
                         United States Magistrate Judge